*L. Rauh, Jr.* and *John Silard* for Jones et al. *Al G. Rives* and *J. K. Jackson* for the Brotherhood of Railroad Trainmen, respondent in No. 231. Reported below: 229 F. 2d 648.

No. 2, Misc. FUHS *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 7, Misc. SHEARD *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John. M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 14, Misc. DAVIS *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. *Don Eastvold,* Attorney General of Washington, and *E. P. Donnelly, Michael R. Alfieri* and *Duane S. Radliff,* Assistant Attorneys General, for respondent.

No. 17, Misc. INSCO *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 24, Misc. THOMPSON *v.* GRAHAM, WARDEN. Supreme Court of Utah. Certiorari denied. Petitioner *pro se. E. R. Callister,* Attorney General of Utah, and *Walter L. Budge,* Assistant Attorney General, for respondent.

No. 25, Misc. WHITE, REAL NAME BEING LUCAS, *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.